IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NYHEIM REAVES,** | : | Civil No. 3:21-cv-1282 |
| **Plaintiff,** | : | |
| | : | (Judge Sylvia H. Rambo) |
| v. | : | |
| **JENNIFER ROSSMAN, et al.,** | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW**, this 7th day of May, 2024, upon consideration of Magistrate Judge Saporito's Report and Recommendation (Doc. 87) recommending that the plaintiff's *pro se* letter-motion for a preliminary injunction (Doc. 86) be denied, and noting that no objections have been filed, and the court having satisfied itself that there is no clear error on the face of the record, Fed. R. Civ. P. 72(b), advisory committee notes; *see also Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010) (explaining that judges should review dispositive legal issues raised by the report for clear error), **IT IS HEREBY ORDERED** that the Report and Recommendation is **ADOPTED** and the motion for a preliminary injunction is **DENIED**.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
