UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NYHEIM REAVES, | : | Civil No. 3:21-CV-1282 |
| Plaintiff, | : | |
| v. | : | (Judge Rambo) |
| ROSSMAN, et al., | : | (Magistrate Judge Carlson) |
| Defendants. | : | |

**MEMORANDUM AND ORDER**

This is a *pro se* civil rights lawsuit brought by a state inmate. On May 1, 2024, the court entered an order conditionally appointing counsel, and directed the Pro Bono Coordinator for the Middle District of Pennsylvania Chapter of the Federal Bar Association to seek to identify counsel willing to assist in this case. That order also stated that If counsel cannot be located to represent Plaintiff this conditional order will be revoked.

The Pro Bono Coordinator has since advised the Court that he has been unable to find counsel willing to accept an appointment in this action. Accordingly, the plaintiff is hereby advised that the Court has been unable to identify counsel willing to assist in this case, and IT IS THEREFORE ORDERED THAT the Court's prior order conditionally appointing counsel is VACATED. The plaintiff shall be required to continue litigating this action on his own behalf, *pro se*.

1

SO ORDERED, this 17th day of June 2024.

*/s/ Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge